UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., | Case No. 26-cv-01576-TLT |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS, et al., | Re: Dkt. Nos. 1, 4 |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzales Rogers for consideration of whether the case is related to 22-cv-05137-YGR and 23-cv-04155-YGR.

**IT IS SO ORDERED.**

Dated: February 24, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California